UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION

Case No. 2:18-md-2846

Judge Edmund A. Sargus, Jr.
Magistrate Judge Kimberly A. Jolson

**This document relates to:**
*Vaughn, et al. v. Kentuckiana Surgical Specialists, P.S.C., et al.*
Case No. 2:23-cv-793

## ORDER

On November 7, 2022, Defendants C.R. Bard, Inc., Becton, Dickinson and Company, and Davol, Inc. filed a motion to stay all proceedings in this case pending its transfer to this multidistrict litigation. The case was transferred to this multidistrict litigation on February 27, 2023 (ECF No. 18). The motion to stay (ECF No. 8) is therefore **DENIED AS MOOT**.

**IT IS SO ORDERED.**

5/11/2023
**DATE**

s/Edmund A. Sargus, Jr.
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**